```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

**UNITED STATES OF AMERICA**

**v.**                              **CRIMINAL ACTION NO. 2:09-00103**

**JASON TERRELL JONES**


## SUPERVISED RELEASE REVOCATION AND JUDGMENT ORDER
## MEMORANDUM OPINION AND ORDER

On February 22, 2018, the United States of America appeared by W. Clinton Carte, Assistant United States Attorney, and the defendant, Jason Terrell Jones, appeared in person and by his counsel, Christian M. Capece, Federal Public Defender, for a hearing on the petition on supervised release and amendments thereto submitted by United States Probation Officer Patrick M. Fidler.  The defendant commenced a five-year term of supervised release in this action on November 23, 2015, as more fully set forth in the Judgment Including Sentence Under the Sentencing Reform Act entered by the court on September 30, 2009.

The court heard the admissions of the defendant and the representations and argument of counsel.

For reasons noted on the record of this proceeding, which are ORDERED incorporated herein by reference, the court found that the defendant has violated the conditions of supervised release in the following respects: (1) the defendant, on or about July 4, 2016, committed the state felony offense of attempted assault, second degree, as evidenced by his conviction on March 27, 2017, in the Supreme Court of New York, for which he received a sentence of one year imprisonment; (2) the defendant, on or about June 25, 2017, committed the state offense of criminal contempt, second degree, as evidenced by his plea of guilty on August 31, 2017, for which he received a sentence of 90 days imprisonment; (3) the defendant was in possession of a firearm on or about July 4, 2016, during the course of the attempted assault as set forth above; and (4) the defendant used and possessed oxymorphone and oxycodone without a prescription as evidenced by a positive urine specimen submitted by him on January 9, 2016; all as admitted by the defendant on the record of the hearing and all as set forth in the petition on supervised release and amendments thereto.

And the court finding, as more fully set forth on the record of the hearing, that the violations warrant revocation of supervised release and, further, that it would unduly depreciate

the seriousness of the violations if supervised release were not revoked, it is ORDERED that the supervised release previously imposed upon the defendant in this action be, and it hereby is, revoked.

And the court having complied with the requirements of Rule 32(a)(1)(B) and (C) of the Federal Rules of Criminal Procedure, and finding, after considering the factors set forth in 18 U.S.C. § 3583(e), that the defendant should be confined to the extent set forth below, it is accordingly ORDERED that the defendant be, and he hereby is, committed to the custody of the United States Bureau of Prisons for imprisonment for a period of TWENTY-FOUR (24) MONTHS, imposed as to each of Counts One and Two, to run concurrently, to be followed by a term of one (1) year of supervised release imposed on Count Two, upon the standard conditions of supervised release now in effect in this district as promulgated by the Administrative Office of the United States Courts (National Form AO 245B) and the standard conditions as set forth in Local Rule 32.3.

The defendant was remanded to the custody of the United States Marshal.

**Recommendation**: The court recommends that the defendant be designated to an institution as close to New York, New York, as feasible.

The Clerk is directed to forward copies of this written opinion and order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED: February 26, 2018

John T. Copenhaver, Jr.
United States District Judge